# ELECTRONIC RECORD

849-15

COA # 12-14-00053-CR          OFFENSE: 32.21

STYLE: Frank Anthony Evans Jr. v. The State of Texas          COUNTY: Smith

COA DISPOSITION:     AFFIRMED          TRIAL COURT: 7th District Court

DATE: 6/10/2015          Publish: NO     TC CASE #: 007-1297-13

## IN THE COURT OF CRIMINAL APPEALS

STYLE: Frank Anthony Evans Jr. v. The State of Texas          CCA #: 849-15

_____PRO SE_____ Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE: _____

_____REFUSED_____          JUDGE: _____

DATE: 10/14/2015          SIGNED: _____          PC: _____

JUDGE: Per Curiam          PUBLISH: _____          DNP: _____

-------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**